UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COY SIMPSON

VERSUS

MARLIN GUSMAN, SHERIFF, WARDEN LECOUR,
CPT. ANDREW JENKINS, LT. MICHAEL PITMAN,
LT. WINNFIELD, AND SGT. BROWN,
IN THEIR INDIVIDUAL CAPACITIES

CIVIL ACTION

NO. 06-5750

SECTION "N" (4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

IT IS ORDERED that Coy Simpson's Title 42 U.S.C. § 1983 claims against the defendants,

Orleans Parish Criminal Sheriff Marlin Gusman, Warden LeCour, Captain Andrew Jenkins,

Lieutenant Michael Pitman, Lieutenant Winnfield, and Sergeant Brown, are **DISMISSED WITH**

**PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted

pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE